ELIZABETH KELLNER TOWNE, NANCY CLARA TOWNE, NATHAN H. BERGER AND NATHAN H. BERGER AND EDITH K. TOWNE, NOW KNOWN AS EDITH K. AITKEN, EXECUTORS AND TRUSTEES UNDER THE LAST WILL AND TESTAMENT OF WILLIAM H. KELLNER, DECEASED, PLAINTIFFS IN CERTIORARI, v. JANE KELLNER AND FEDERAL TRUST COMPANY, THE EXECUTOR AND TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF CLARA KELLNER, DECEASED, DEFENDANTS IN CERTIORARI.

Argued May 12, 1933—Decided September 27, 1933.

Before Justices CASE, BODINE and DONGES.

For the plaintiffs in *certiorari, Nathan H. Berger.*

For the defendant in *certiorari* Jane Kellner, *Braelow & Tepper.*

For the defendant in *certiorari* Federal Trust Company, *Lindabury, Steelman, Zink & Lafferty.*

PER CURIAM.

The writ of *certiorari* will be dismissed. The question sought to be raised *in limine* may be considered in an appropriate tribunal after final judgment.